UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HENDERSON,<br>        Plaintiff,<br>    v.<br>JOSE MORALES, et al.,<br>        Defendants. | Case No. 18-cv-02223-JSC<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 4 |

Plaintiff, an inmate in the Early County Jail in Blakely, Georgia, filed this pro se civil rights action under 42 U.S.C. § 1983.[1]  Plaintiff was previously incarcerated in Florida, apparently in Orange, Gadsden, and Jackson Counties.  Plaintiff complains about the conditions of his confinement and the circumstances of his arrest in Early County, as well as the conditions of confinement in jail and prison in Florida, where he was previously incarcerated.  Defendants are located in Early County, and in Orange, Gadsden and Jackson Counties.

When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. § 1406(a).

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Dkt. No. 3.)

None of the Defendants reside in California, and none of the events or omissions giving rise to Plaintiff's claims took place in California. Plaintiff's claims arise predominantly from events that took place in Early County, which is also where many Defendants reside. Early County is located within the venue of the Middle District of Georgia, 28 U.S.C. § 90, and thus venue is proper in that Court under 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Middle District of Georgia.

The Clerk of the Court shall transfer this matter forthwith. In light of this transfer, the Court defers to the Middle District of Georgia for ruling on the motion for leave to proceed in forma pauperis.

The Clerk shall terminate docket number 4 from this Court's docket.

**IT IS SO ORDERED.**

Dated: April 23, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH HENDERSON,
    Plaintiff,

v.

JOSE MORALES, et al.,
    Defendants.

Case No. 18-cv-02223-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Henderson ID: Chastity 25
Early County Jail Facility
P.O. Box 939
Blakely, GA 39823

Dated: April 23, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3